09-CV-727
Doc #1

FILED ___ LODGED ___
RECEIVED ___ COPY ___

JAN 19 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CLERK OF THE UNITED STATES
DISTRICT COURT
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 1500
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

Larry Lynn Davis
P.O. Box 9173
Tucson AZ 85742



Hasler
$01.059
Mailed From 85701
01/12/2010
US POSTAGE